O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-8876 JFW (SSx) | Date | January 27, 2010 |
| Title | ARTHUR MORRISON v. ARCALA WASHINGTON-ADDUCI | | |

Present: The Honorable  A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**         IN CHAMBERS (No Proceedings Held)

     To clarify, the Court's January 13, 2010 Order, Docket No. 22, denied Petitioner's following motions for recusal: Docket Nos. 12, 14, 17, 18, and the recusal portion of Docket No. 19.  The Court did not rule on the portion of Docket No. 19 moving to "strike and discard December 22, 2009, report and recommendation entered by Honorable Suzanne H. Segal, U.S.M.J."

                                                                                        :
                                                                            Initials of Preparer