1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ARTHUR MORRISON,                    )   NO. CV 09-08876 JFW (SS)
                                          )
12                                        )
                       Petitioner,        )   **ORDER ADOPTING FINDINGS,**
13                                        )
                  v.                      )   **CONCLUSIONS AND RECOMMENDATIONS**
14                                        )
     ARCALA WASHINGTON-ADDUCCI,           )   **OF UNITED STATES MAGISTRATE JUDGE**
15   Warden, F.C.I. Terminal Island,      )
                                          )
16                     Respondent.        )
     _____     )

17

18

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

20   all of the records and files herein, and the Magistrate Judge's Report

21   and Recommendation.  The time for filing Objections to the Report and

22   Recommendation  has  passed  and  no  Objections  have  been  received.

23   Accordingly, the Court accepts and adopts the findings, conclusions and

     recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1  |  Accordingly, IT IS ORDERED THAT:

2

3  |  1.  The Petition is DENIED and Judgment shall be entered dismissing

4  | this action without prejudice.

5

6  |  2.  The Clerk shall serve copies of this Order and the Judgment

7  | herein by United States mail on Petitioner.

8

9  | DATED: January 28, 2010

10

11  | _____

12  | JOHN F. WALTER
   | UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28