JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR MORRISON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ARCALA WASHINGTON-ADDUCCI, )<br>Warden, F.C.I. Terminal Island, )<br>)<br>Respondent. )<br>_____ ) | NO. CV 09-08876 JFW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 28, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE